UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KEITH J. BROOKS,

Plaintiff,

v. Case No. 26-CV-1103

BERGER et al.,

Defendants.

---

**DECISION AND ORDER**

---

Plaintiff Keith J. Brooks is currently confined at Columbia Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. On June 22, 2026, the clerk's office mailed Plaintiff a letter informing him that, within twenty-one days, he had to either pay the full filing fee or file a motion for leave to proceed without prepayment of the filing fee along with a certified copy of his trust account statement for the six months preceding the filing of his complaint. (ECF No. 2.) The letter warned Plaintiff, "Failure to comply with either of these requirements may result in the Court's dismissal of your case." (*Id.*) On July 14, 2026, the Court ordered that Plaintiff must pay the $405 civil case filing fee in full or submit a motion for leave to proceed without prepayment of the filing fee along with his six-month certified trust account statement by July 27, 2026. The Court warned that if Plaintiff failed to do so, the Court would dismiss this action without prejudice based on Plaintiff's failure to pay the filing fee. (ECF No. 3.)

To date, Plaintiff has neither paid the full filing fee nor submitted a motion for leave to proceed without prepayment of the filing fee along with his six-month certified trust account statement. Plaintiff has not informed the Court of any challenges preventing him from doing so.

As a result, the Court will dismiss this case without prejudice based on Plaintiff's failure to pay the filing fee.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED without prejudice** based on Plaintiff's failure to pay the filing fee.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff must pay the $350 statutory filing fee. Accordingly, the agency having custody of Plaintiff shall collect from his institution trust account the $350 statutory filing fee by collecting monthly payments from Plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceed $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action. If Plaintiff is transferred to another institution, the transferring institution shall forward a copy of this order along with Plaintiff's remaining balance to the receiving institution.

**IT IS FURTHER ORDERED** that copies of this order be sent to the officer in charge of the agency where Plaintiff is located.

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly.

Dated at Green Bay, Wisconsin on August 11, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge